# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AJULENA BARNES,<br><br>  Plaintiff,<br><br>v.<br><br>BOCCI ENGINEERING, LLC, a limited liability company; EMPLOYERS ONE SOURCE GROUP, INC., a foreign corporation; AND DOES 1-50, inclusive,<br><br>  Defendants. | Case No. 2:17-cv-00101-APG-PAL<br><br>**ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S FIRST AND SECOND CAUSES OF ACTION**<br><br>(ECF No. 13) |

Defendants Bocci Engineering and Employers One Source Group filed a motion to dismiss the first and second causes of action asserted in the plaintiff's complaint. ECF No. 13. The plaintiff did not respond to that motion. Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Moreover, the motion to dismiss appears meritorious on its face.

IT IS THEREFORE ORDERED that the defendants' motion to dismiss **(ECF No. 13) is GRANTED.** The plaintiff's first and second causes of action asserted in her complaint are dismissed.

DATED this 8th day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE