Elayna J. Youchah
Nevada State Bar No. 5837
Mahna Pourshaban
Nevada State Bar No. 13743
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: youchahe@jacksonlewis.com
Email: mahna.pourshaban@jacksonlewis.com

*Attorneys for Defendants*
*Bocci Engineering, LLC and*
*Employers One Source Group, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| AJULENA BARNES, | Case No. 2:17-cv-00101-APG-PAL |
|---|---|
| Plaintiff, | |
| vs. | **EMERGENCY REQUEST AND STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION S ESSION** |
| BOCCI ENGINEERING, LLC, a limited liability company; EMPLOYERS ONE SOURCE GROUP, INC., a foreign corporation; AND DOES 1-50, inclusive, | |
| | **(SECOND REQUEST)** |
| Defendants. | |

Due to unforeseen circumstances arising from Hurricane Harvey and the impact it has had on Defendants' ENE participants, the parties spoke and have agreed to stipulate to continue the Early Neutral Evaluation ("ENE") Session currently scheduled for September 13, 2017 at 9:00 a.m., before the Honorable Magistrate Judge George Foley, Jr.

Specifically, this request is prompted by the effects of the catastrophic hurricane that hit the southeastern part of Texas on or around August 25, 2017. Defendant BOCCI Engineering LLC's Chief Executive Officer, Lianne Lami resides in Houston, Texas and was one of millions effected by this unprecedented natural disaster. As such, Ms. Lami is temporarily unable to travel from Houston to Las Vegas to attend the ENE as her home has sustained immeasurable damages. The Parties therefore respectfully request the ENE scheduled for September 13, 2017 be vacated, and

that a new ENE date be set for October 19, 2017 at 9:30 a.m., or as soon thereafter as the Court's calendar will allow.

This stipulation and order is sought is good faith and not for the purpose of delay.

Dated this 5th day of September, 2017.

| WATKINS & LETOFSKY, LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Daniel R. Watkins*<br>Daniel R. Watkins, Bar #11881<br>Amy E. Buchanan, Bar #13312<br>8215 S. Eastern Ave., Ste. 265<br>Las Vegas, Nevada 89123 | */s/ Mahna Pourshaban*<br>Elayna J. Youchah, Bar #5837<br>Mahna Pourshaban, Bar #13743<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff*<br>*Ajulena Barnes* | *Attorneys for Defendants*<br>*Bocci Engineering, LLC and*<br>*Employers One Source Group, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 5, 2017

4812-4701-2942, v. 2