UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AJULENA BARNES,<br><br>        Plaintiff,<br> v.<br><br>BOCCI ENGINEERING, LLC, et al.<br><br>        Defendants. | Case No. 2:17-cv-00101-APG-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 33) |

This matter is before the court on the Substitution of Counsel (ECF No. 33). Mary F. Chapman of Mary F. Chapman, Ltd. seeks leave to be substituted in the place of Elayna J. Youchah and Mahna Pourshaban of Jackson Lewis P.C. for defendants Bocci Engineering, LLC and Employers One Source Group, Inc. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 33) is **GRANTED**.

2. Mary F. Chapman of Mary F. Chapman, Ltd. is substituted in the place of Elayna J. Youchah and Mahna Pourshaban of Jackson Lewis P.C. for defendants Bocci

/ / /

/ / /

/ / /

/ / /

Engineering, LLC and Employers One Source Group, Inc., subject to the provisions

of LR IA 11-6(c) and (d).

DATED this 1st day of December, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE